FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ JUL 18 2012

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
EILEEN DECHBERRY,

                            Plaintiff,

           -against-

THE CITY OF NEW YORK, LT. IRENE KRUITEN, LT. LORI MAZZEO, LT. "JOHN" CAMERON, LT. "JOHN" SAMUELS, in their individual and professional capacities,

                            Defendants.
----------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

11 CV 2767 (JBW) (RER)

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to all defendants.

Dated:    New York, New York
            July 13, 2012

**CRONIN & BYCZEK, LLP**
Attorneys for Plaintiff
1983 Marcus Avenue, Suite C120
Lake Success, New York 11042
(516) 358-1700 Ext. 105

By: Rocco G. Avallone (RA 8055)

**PELTZ & WALKER**
Attorneys for Defendant Lt. Irene Kruiten
222 Broadway – 25th Floor
New York, New York 10038
(212) 349-6775

By: Alexander Peltz (AP 2791)

**MICHAEL A. CARDOZO**
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street, Room 5-158
New York, New York 10007
(212) 442-0589

By: Jerald Horowitz (JH 8395)
Assistant Corporation Counsel

Close the case
So ordered
7/18/12